UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD BONILLAS,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 12-04720 CAS (AN)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R"). Plaintiff has waived objections to the Magistrate Judge's factual findings by failing to file Objections to the R&R in the required time and manner. *Robbins v. Carey,* 481 F.3d 1143, 1146-47 (9th Cir. 2007).

IT IS ORDERED that the R&R is approved and adopted and judgment shall be entered affirming the Commissioner's final decision.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: June 26, 2013

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE