JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD BONILLAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 12-04720 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed.

Dated: June 26, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE